**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Neil Bickel<br><br>    Debtor(s) | Case No. 13-29282 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2013.

2) The plan was confirmed on 09/13/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2014.

5) The case was dismissed on 11/14/2014.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,270.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,095.83 |
| Less amount refunded to debtor | $155.87 |

**NET RECEIPTS:** $5,939.96

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,773.65 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $231.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,005.31

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARMSTRONG & SURIN | Unsecured | 1,772.00 | 2,173.86 | 2,173.86 | 0.00 | 0.00 |
| BLACKHAWK FINANCE INC | Unsecured | 7,500.00 | 5,855.36 | 5,855.36 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 186.00 | 190.54 | 190.54 | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Unsecured | 11,481.00 | 11,481.10 | 11,481.10 | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | NA | 100.00 | 100.00 | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 320.00 | 260.83 | 260.83 | 0.00 | 0.00 |
| MICHAEL R NAUGHTON | Unsecured | 536.00 | 3,107.40 | 3,107.40 | 0.00 | 0.00 |
| MICHELLE BICKEL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| OSF SAINT ELIZABETH MEDICAL CE | Unsecured | 818.00 | 1,752.00 | 1,752.00 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | NA | 601.32 | 601.32 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Secured | 16,330.00 | 16,330.00 | 16,330.00 | 2,342.01 | 592.64 |
| SCHEDULED CREDITOR | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL ILLINOIS RADIOLOGICAL | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO BUREAU PARKIN( | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CROSSROADS COUNSELING | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| AFNI DISH NETWORK | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| EPIC GRP EMER PHYSICIANS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| GRUNDY RADIOLOGISTS | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Unsecured | 1,222.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE PROPERTY MANAGEM | Unsecured | 1,418.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH SYSTEM | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| ARTURO THOMAS | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| ATHLETIC & THERAPEUTIC INST | Unsecured | 1,259.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ATI PHYSICAL THERAPY | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| AURORA CHICAGO LAKESHORE | Unsecured | 2,231.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO LAKESHORE | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| FALCON STEARNS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST MARYS HOSPITAL | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS CREI | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL CBE GROUP | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICE | Unsecured | 1,245.00 | NA | NA | 0.00 | 0.00 |
| HEALTH ALLIANCE | Unsecured | 2,416.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE CENTERS OF MORRIS | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| LCA COLLECTION | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| MARSAILLES AMBULANCE | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| MARTINS ADEOYE LLC | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| MHPI FINANCE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SO | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SO | Unsecured | 935.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SO | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY NORTHERN | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET MGMT | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| OTTAWA REGIONAL MEDICAL | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| RIDGE DENTAL | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| TWIN OAKS SAVINGS BANK | Unsecured | NA | 958.08 | 958.08 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,000.00 | 683.85 | 683.85 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 6,000.00 | 2,744.01 | 2,744.01 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VERIZON | Unsecured | 2,265.00 | 2,222.37 | 2,222.37 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,030.00 | 1,153.23 | 1,153.23 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,330.00 | $2,342.01 | $592.64 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,330.00** | **$2,342.01** | **$592.64** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,283.95** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,005.31 |
| Disbursements to Creditors | $2,934.65 |
| **TOTAL DISBURSEMENTS:** | **$5,939.96** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/15/2015                    By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**